**SO ORDERED.**

**SIGNED this 19 day of November, 2010.**



_____
**JANICE MILLER KARLIN
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS AT TOPEKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Ruth Marshall, *Debtor* ) | |
| ) | Case No. 07-41085-jmk |
| U.S. Bank, N.A., by US Bank Home Mortgage, loan ) | |
| servicing agent for *Creditor* ) | Chapter: 13 |
| ) | |
| vs. ) | |
| ) | |
| Ruth Marshall, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Jan Hamilton, *Trustee* ) | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY**

    **THIS MATTER** comes on for consideration upon the Motion of U.S. Bank, N.A., by US Bank Home Mortgage, its successors or assigns, ("Creditor"), For Relief from the Automatic Stay. The appearances are Steven L. Crouch, of the firm of South & Associates, P.C.; and Ruth Marshall, by John P. Harper. The Court makes the following findings:

    1.    A motion for order granting relief from stay was filed on October 19, 2010, and copies were mailed to Trustee and to Debtor and counsel for the Debtor. Proper notice with an

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage v. Ruth Marshall
Case No. 07-41085-jmk
Chapter 13
Agreed Order Resolving Motion for Relief
Page 2

opportunity for hearing on the motion for relief was served on all interested parties.

2.  Creditor claims a secured interest in real property described as follows:

**Lot 3, Block 28 in Replat of Blocks 21, 22, 23, 24, 27, 28 and 6, in LIKINS-FOSTER ADDITION to the City of Topeka, Shawnee County, Kansas**, commonly known as 3260 Southwest Tara Avenue, Topeka, KS 66611 (the "Property")

3.  Debtor acknowledges and the Court finds that she failed to make certain post-petition payments due under the Promissory Note and Security Instrument described in Creditor's motion. The Court further finds that this constitutes sufficient cause pursuant to 11 U.S.C §362(d) to lift the Automatic Stay.

4.  Notwithstanding Finding number three of this Order, the parties consent and agree to the terms and conditions of this Agreed Order in full and complete settlement of the Motion for Relief from Automatic Stay.

5.  Debtor agrees to make the on-going post-petition payments when due and as called for under the terms of the Promissory Note and Security Instrument beginning with the **December 1, 2010** payment. Time is of the essence to all payments.

6.  Should Debtor fail to make **any** of the payments called for above, Creditor shall be then entitled to immediately notify the Court, Debtor, Debtor's counsel and Trustee in writing, of the delinquency. If Debtor fails to fully cure the delinquency within fifteen (15) days of the date of the notification, Creditor shall then be entitled to immediate relief from the automatic stay of 11 U.S.C. §362 (a) without the necessity of further hearing or action of Court and Creditor will then submit a final Order Granting Relief from Stay.

7.  Furthermore, Debtor and Creditor agree that if Debtor, at any time after execution of this Conditional Order, converts this Chapter 13 bankruptcy case to a case under Chapter 7,

United States Bankruptcy Court
District of Kansas
In re: US Bank Home Mortgage v. Ruth Marshall
Case No. 07-41085-jmk
Chapter 13
Agreed Order Resolving Motion for Relief
Page 3


Creditor shall be then entitled to immediately notify the Court, Debtor, Debtor's counsel and Trustee in writing, of the contractual delinquency. If Debtor fail to fully cure the contractual delinquency within fifteen (15) days of the date of the notification, Creditor shall then be entitled to immediate relief from the automatic stay of 11 U.S.C. §362 (a) without the necessity of further hearing or action of Court and Creditor will then submit a final Order Granting Relief from Stay.

IT IS THEREFORE ORDERED, ADJUDGED, AND AGREED that the above findings shall become orders of this Court

IT IS SO ORDERED.

###

SOUTH & ASSOCIATES, P.C.
 s/ Steven L. Crouch
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
ATTORNEYS FOR CREDITOR

 s/ John P. Harper
John P. Harper #21596
Harper Law Office
214 SW 6th Ste. 206
P.O. Box 2686
Topeka, KS 66601-2686
ATTORNEY FOR DEBTOR

 s/ Jan Hamilton
Jan Hamilton
507-9 SW Jackson
PO Box 3527
Topeka, KS 66601
TRUSTEE


File No. 78596
Case No: 07-41085-jmk